HARRY COHEN, Appellant, *v.* RUTH COHEN, Respondent.

Submitted January 5, 1942; decided January 22, 1942.

*Noah Feldman* for appellant.

*Jerome E. Leon* and *George Shakin* for Otto Frankel, *amicus curiæ*.

*Joseph Protter* and *John W. Browne* for respondent.

Appeal dismissed, without costs, upon the ground that the order does not finally determine the action within the meaning of the Constitution. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS and DESMOND, JJ. Taking no part: CONWAY, J.